UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTINE I. MORRISON | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 17-2312 (RDM) |
| KIRSTJEN NIELSEN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 28, 2018 ORDER**

Defendant hereby advises the Court that on February 28, 2018, Counsel called the telephone number listed by Plaintiff on her Complaint to seek her views on the Motion for Extension of Time. The telephone recording stated that the party was unavailable.

On today's date, Counsel called the telephone number listed on Plaintiff's Response to Defendant's Motion to Dismiss, which was the telephone number listed on the Complaint. Again, the information stated

that the Party was unavailable.

Counsel regrets that the request for the extension was not made in accordance with the Court's Order, and further regrets the inconvenience to the Court and to the Plaintiff.

Respectfully submitted,

JESSIE K. LIU., D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division


By: /s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2518
Wyneva.johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2018, a copy of the foregoing was served on Plaintiff by first-class United States mail, marked for delivery to:

CHRISTINE I. MORRISON
3844 Dominion Mill Dr
Alexandria, VA 22304

                                              /s/ Wyneva Johnson
                                           WYNEVA JOHNSON, D.C. Bar # 278515
                                           Assistant United States Attorney
                                           555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2518
                                         Wyneva.johnson@usdoj.gov