Christine I. Morrison
Plaintiff, pro se
3844 Dominion Mill Dr.
Alexandria, VA    22304
703-244-7130
morrisoc28@aol.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### 333 Constitution Avenue, N.W.
### Washington, DC    20001
### Room 1225

| | | |
|---|---|---|
| **CHRISTINE I. MORRISON,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:17-cv-02312 (RDM)** |
| | : | |
| **ELAINE C. DUKE, Acting Secretary,** | : | |
| **Kevin K. McAleenan, Acting Commissioner,** | : | |
| **Ronald D. Vitiello, Deputy Commissioner,** | : | |
| **Christine Gaugler, Assistant Commissioner,** | : | |
| **Katherine Coffman, Deputy Assistant** | : | |
| **Commissioner,** | : | |
| **Department of Homeland Security,** | : | Date: May 21, 2018 |
| **U.S. Customs and Border Protection,** | : | |
| | : | |
| **Defendants** | : | |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FOR FAILURE TO FILE A RESPONSE TO THE COMPLAINT

I, the undersigned Plaintiff, hereby moves the Court to sanction the defendants for failure to submit the response to the complaint in the instant matter.    On September 11, 2017 the Plaintiff filed the Complaint in the matter referenced above.    Court Document #1, p. 27 of 27.    The same

1

complaint was re-filed on November 2, 2017.   Id., p. 1 of 27.   On December 19, 2017 Assistant

US Attorney Wyneva Johnson, Esq., entered her appearance.   Court Document #3.   On January

17, 2018 Ms. Johnson filed a motion to extend the time until January 19, 2018 by which to file a

response to the said complaint.   Court Document #12.   To date, the defendants failed to submit

the response.   Pursuant to the Federal Rules of Civil Procedure 12(a)(2) a response must be filed

within 60 days of the service of the complaint on the United States attorney.   The defendants

failed to serve the response well beyond the required 60 days.   Therefore, the defendants must be

sanctioned for failure to comply with the aforementioned Rule and for disrespecting the Court

when it failed to abide by the Rule.   Accordingly, the plaintiff moves for sanctioning the

defendants as necessary and appropriate, including but not limited to issuing a default decision in

favor of the plaintiff and scheduling a hearing to solely determine the full remedy allowed within

the applicable law.


Respectfully Submitted,

Christine Morrison

Christine I. Morrison
Plaintiff, pro se
3844 Dominion Mill Dr.
Alexandria, VA   22304
703-244-7130
morrisoc28@aol.com



**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the above document (MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS FOR FAILURE TO FILE A RESPONSE TO
THE COMPLAINT) was served on the date indicated below to the following parties by means

2

indicated below:

> THE UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF COLUMBIA
> 333 Constitution Avenue, N.W.
> Washington, DC   20001
> Room 1225

Via PACER

> Wyneva Johnson, D.C. Bar # 278515
> Assistant US Attorney
> 555 4th Street, N.W.
> Washington, D.C., 20530
> 202-252-2518
> Wyneva.johnson@usdoj.gov

Via PACER

Date: May 21, 2018

Christine I. Morrison
Plaintiff, pro se
3844 Dominion Mill Dr.
Alexandria, VA   22304
703-244-7130
morrisoc28@aol.com