```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA


     CHRISTINE I. MORRISON,
                                              Civil Action
                  Plaintiff,                  No. 1:17-cv-2312

          vs.                                 Washington, DC
                                              June 24, 2019
     KIRSTJEN NIELSEN, et al.,
                                              11:14 a.m.
                  Defendants.
     _____/




                   TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE RANDOLPH D. MOSS
                     UNITED STATES DISTRICT JUDGE


     APPEARANCES:

     Pro Se:                    CHRISTINE MORRISON
                                   2258 Grovewood Road
                                   Clearwater, FL 33764



     For the Defendants:        WYNEVA JOHNSON
                                   U.S. Attorney's Office for the
                                   District of Columbia
                                   555 Fourth Street, NW
                                   Washington, DC 20530






     Reported By:               JEFF M. HOOK
                                   Official Court Reporter
                                   U.S. District & Bankruptcy Courts
                                   333 Constitution Avenue, NW
                                   Room 4700-C
                                   Washington, DC 20001
```

P R O C E E D I N G S

**DEPUTY CLERK:** Civil action 17-2312, Christine I. Morrison versus Kirstjen Nielsen.  Will the parties please approach the podium and identify yourselves for the record.

**MS. JOHNSON:** Good morning, your Honor.  Wyneva Johnson on behalf of the defendant.

**THE COURT:** Good morning, Ms. Johnson.

**MS. MORRISON:** Good morning, your Honor.  My name is Christine Morrison, I'm here as the plaintiff.  I have with me a personal assistant, he is a non-attorney.  But I'd respectfully request reasonable accommodations to help me -- he helps me stay organized and does the paperwork, administrative issues.

**THE COURT:** Well, as long as he's not practicing law.

**MS. MORRISON:** He is not, sir.  He's not an attorney, he's like a paralegal, but he's a personal assistant.  He's been helping me through the EEO process, the paperwork.

**THE COURT:** Okay.  I'd just caution him to take care that he doesn't practice law, because that would be unlawful to do.

**MS. MORRISON:** Yes, your Honor.

**THE COURT:** All right.  What do you propose that we do for purposes of scheduling in this case?

1       **MS. MORRISON:**  So we have -- if you don't mind,
2   I've got some dates that we would propose.
3       **THE COURT:**  Yes, okay.
4       **MS. MORRISON:**  So would you -- your Honor, would
5   you like me to read them off to you?
6       **THE COURT:**  Yes, please.  And if you can come to
7   the podium.
8       **MS. MORRISON:**  Oh, I'm sorry.  So for initial
9   disclosures, we would propose the 26th of July.  For
10  discovery commencement, we would propose also the 26th of
11  July.  Amending pleadings, 30 August.  Discovery ends the
12  22nd of November.  Expert disclosures, also the 22nd of
13  November.  Dispositive motions, the 3rd of January, 2020.  A
14  pretrial conference would be the 2nd of March.
15      **THE COURT:**  Okay.  Anything further or is that it?
16      **MS. MORRISON:**  Oh, I'm sorry.  If it comes to
17  trial, sir, we would say the 6th through the 8th of April.
18      **THE COURT:**  All right.  Anything further?
19      **MS. MORRISON:**  I'm sorry, sir?
20      **THE COURT:**  Anything further?
21      **MS. MORRISON:**  No, sir, not at this time.
22      **THE COURT:**  All right.  Ms. Johnson.
23      **MS. JOHNSON:**  Your Honor, we have no objection to
24  the initial disclosures by July 26th.  We have no objection
25  to discovery from July 26th to November 22nd I believe.  I

1  believe she said expert disclosures the 22nd of November
2  which we have no objection.  We do request that a pretrial
3  conference not be set at this time.
4          **THE COURT:**  And what about dispositive motions?
5          **MS. JOHNSON:**  Oh, I'm sorry, I missed that one.
6  Dispositive motions, 3rd of January, no objection to that,
7  your Honor.
8          **THE COURT:**  All right.
9          **MS. JOHNSON:**  The only thing I would disagree with
10 is setting a pretrial conference and trial date at this
11 time.
12         **THE COURT:**  Okay.  I'm going to go ahead and set a
13 schedule.  I will provide for initial disclosures on or
14 before July 26th.  Discovery may commence that same day.
15 Any motions to amend the pleadings may be filed on or before
16 August 30th.  Discovery -- fact discovery shall be complete
17 on or before November 22nd.  The parties shall exchange
18 their expert disclosures on November 22nd, and may take
19 expert discovery from November 22nd until December 20th.
20 The parties may file dispositive motions on or before
21 January 3rd.  Any opposition would be due on or before
22 February 7th, and any reply will be filed on or before
23 February 21st.
24         And then after I decide those motions, then I will
25 schedule either a further status conference or set a date

1   for a pretrial conference and/or trial.

2            Yes?

3            **MS. JOHNSON:**  Your Honor, I'm sorry, I just wanted

4   to raise one thing.  I wanted to say that the written

5   discovery propounded should be enforced with the rules in

6   terms of the number of interrogatories.

7            **THE COURT:**  I think all actions taken in this case

8   by any party, absent relief from the Court, shall be in

9   conformity with the local rules and the Federal Rules of

10  Civil Procedure.  So if anyone wants to seek relief from any

11  of those provisions, they need to get -- obtain leave from

12  the Court.

13           **MS. JOHNSON:**  Thank you, your Honor.

14           **THE COURT:**  Okay.

15           **MS. MORRISON:**  I'm sorry, your Honor, one more

16  thing.  If you would, we would like also to propose a

17  pretrial mediation.

18           **THE COURT:**  You know, I am always happy to refer

19  the parties to mediation, but I only do so if both parties

20  want to do so.  I don't know if Ms. Johnson thinks it would

21  be helpful at this point or not.

22           **MS. JOHNSON:**  Your Honor, I just want to ask

23  Ms. Morrison if she wants the mediation process to occur as

24  we're going along with the discovery or should we wait 30

25  days before we start, or what would be her preference?

1     **MS. MORRISON:**  Yes, ma'am, if -- I'm sorry, may I
2  join you?
3     **MS. JOHNSON:**  Sure.
4     **MS. MORRISON:**  So yes, we would prefer to have it
5  all along.
6     **THE COURT:**  So would you like me to refer the
7  matter to one of our magistrate judges for mediation?
8     **MS. JOHNSON:**  That would be fine, your Honor.
9     **THE COURT:**  So I will refer the matter to one of
10  the magistrate judges for mediation as well.
11     Ms. Johnson, do you have a recommendation with
12  respect to who I should refer it to, someone you've had
13  success with?
14     **MS. JOHNSON:**  I can't say, your Honor.  I used to,
15  but I don't anymore.  Either one would be fine.
16     **THE COURT:**  Well, there's three of them now.
17     **MS. JOHNSON:**  Judge Kay is no longer --
18     **THE COURT:**  Judge Kay is not doing it.  There's
19  Judge Harvey, there's Judge Meriweather and there's Judge
20  Robinson.
21     **MS. JOHNSON:**  As the Court is aware, Judge
22  Meriweather was in our office, but I don't think she had
23  anything to do with this case.
24     **THE COURT:**  Well, maybe it would be safer, then,
25  for me to refer it to Judge Harvey.

1    **MS. JOHNSON:** That would be great. Thank you,
2  your Honor.
3    **THE COURT:** So I'll refer the matter to Judge
4  Harvey as well for mediation. If you find that in the
5  course of that, Ms. Johnson, that you're making progress and
6  you think it would be helpful to postpone some of the
7  deadlines, you can jointly confer and then just file a
8  request with the Court. And if you think a stay would be
9  helpful, let me know. But I think it only makes sense to do
10  that if you feel like you're making progress in mediation.
11    **MS. JOHNSON:** Okay, thank you.
12    **THE COURT:** Anything further?
13    **MS. MORRISON:** No, your Honor. The only thing I
14  would ask is if we could also get that in writing, please.
15    **THE COURT:** Get what in writing?
16    **MS. MORRISON:** The order for the mediation.
17    **THE COURT:** Oh, yeah, yeah, no, I'll enter an
18  order referring the matter to Judge Harvey.
19    **MS. MORRISON:** Yes, sir, thank you.
20    **THE COURT:** All right, thank you.
21      (Proceedings adjourned at 11:23 a.m.)
22
23
24
25

# C E R T I F I C A T E

I, **Jeff M. Hook**, Official Court Reporter, certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

October 1, 2019

DATE                                    Jeff M. Hook

| 1 | 1/12 | 3/12 3/24 4/1 4/13 4/18 | J |
|---|---|---|---|
| 11:14 [1]   1/6 | approach [1]   2/4 | discovery [9] | January [3]   3/13 4/6 4/21 |
| 11:23 a.m [1]   7/21 | April [1]   3/17 | dispositive [4] | January 3rd [1]   4/21 |
| 17-2312 [1]   2/2 | assistant [2]   2/10 2/18 | 3/13 4/4 4/6 4/20 | JEFF [3]   1/22 8/3 8/10 |
| 1:17-cv-2312 [1]   1/4 | attorney [2]   2/10 2/17 | DISTRICT [5]   1/1 1/1 1/11 1/17 1/23 | JOHNSON [7]   1/16 2/6 2/7 3/22 5/20 6/11 7/5 |
| **2** | Attorney's [1]   1/17 | due [1]   4/21 | join [1]   6/2 |
| 20001 [1]   1/25 | August [2]   3/11 4/16 | **E** | jointly [1]   7/7 |
| 2019 [1]   1/5 | August 30th [1]   4/16 | EEO [1]   2/18 | JUDGE [10] |
| 2020 [1]   3/13 | Avenue [1]   1/24 | either [2]   4/25 6/15 | judges [2]   6/7 6/10 |
| 20530 [1]   1/18 | aware [1]   6/21 | ends [1]   3/11 | July [5]   3/9 3/11 3/24 3/25 4/14 |
| 20th [1]   4/19 | **B** | enforced [1]   5/5 | July 26th [3]   3/24 3/25 4/14 |
| 21st [1]   4/23 | Bankruptcy [1]   1/23 | enter [1]   7/17 | June [1]   1/5 |
| 2258 [1]   1/14 | behalf [1]   2/6 | entitled [1]   8/5 | **K** |
| 22nd [7]   3/12 3/12 3/25 4/1 4/17 4/18 4/19 | both [1]   5/19 | et [1]   1/6 | Kay [2]   6/17 6/18 |
| 2312 [2]   1/4 2/2 | **C** | exchange [1]   4/17 | KIRSTJEN [2]   1/6 2/3 |
| 24 [1]   1/5 | can [2]   3/6 7/7 | expert [4]   3/12 4/1 4/18 4/19 | **L** |
| 26th [5]   3/9 3/10 3/24 3/25 4/14 | care [1]   2/21 | **F** | law [2]   2/15 2/21 |
| 2nd [1]   3/14 | case [3]   2/25 5/7 6/23 | fact [1]   4/16 | leave [1]   5/11 |
| **3** | caution [1]   2/20 | February [2]   4/22 4/23 | local [1]   5/9 |
| 30 [2]   3/11 5/24 | certify [1]   8/4 | February 21st [1]   4/23 | long [1]   2/14 |
| 30th [1]   4/16 | CHRISTINE [4]   1/3 1/13 2/2 2/9 | February 7th [1]   4/22 | longer [1]   6/17 |
| 333 [1]   1/24 | Civil [3]   1/3 2/2 5/10 | Federal [1]   5/9 | **M** |
| 33764 [1]   1/14 | Clearwater [1]   1/14 | feel [1]   7/10 | ma'am [1]   6/1 |
| 3rd [3]   3/13 4/6 4/21 | COLUMBIA [2]   1/1 1/17 | file [2]   4/20 7/7 | magistrate [2]   6/7 6/10 |
| **4** | commence [1]   4/14 | filed [2]   4/15 4/22 | makes [1]   7/9 |
| 4700-C [1]   1/24 | commencement [1]   3/10 | find [1]   7/4 | making [2]   7/5 7/10 |
| **5** | complete [1]   4/16 | fine [2]   6/8 6/15 | March [1]   3/14 |
| 555 [1]   1/18 | confer [1]   7/7 | FL [1]   1/14 | matter [5]   6/7 6/9 7/3 7/18 8/5 |
| **6** | conference [6]   1/10 3/14 4/3 4/10 4/25 5/1 | foregoing [1]   8/4 | may [5]   4/14 4/15 4/18 4/20 6/1 |
| 6th [1]   3/17 | conformity [1]   5/9 | Fourth [1]   1/18 | maybe [1]   6/24 |
| **7** | Constitution [1]   1/24 | further [5]   3/15 3/18 3/20 4/25 7/12 | mediation [8]   5/17 5/19 5/23 6/7 6/10 7/4 7/10 7/16 |
| 7th [1]   4/22 | course [1]   7/5 | **G** | Meriweather [2]   6/19 6/22 |
| **8** | COURT [7]   1/1 1/23 5/8 5/12 6/21 7/8 8/3 | Good [3]   2/5 2/7 2/8 | mind [1]   3/1 |
| 8th [1]   3/17 | Courts [1]   1/23 | great [1]   7/1 | missed [1]   4/5 |
| **A** | cv [1]   1/4 | Grovewood [1]   1/14 | more [1]   5/15 |
| a.m [2]   1/6 7/21 | **D** | **H** | morning [3]   2/5 2/7 2/8 |
| above [1]   8/5 | date [3]   4/10 4/25 8/10 | happy [1]   5/18 | MORRISON [5]   1/3 1/13 2/3 2/9 5/23 |
| above-entitled [1]   8/5 | dates [1]   3/2 | Harvey [4]   6/19 6/25 7/4 7/18 | MOSS [1]   1/10 |
| absent [1]   5/8 | day [1]   4/14 | help [1]   2/11 | motions [6]   3/13 4/4 4/6 4/15 4/20 4/24 |
| accommodations [1]   2/11 | days [1]   5/25 | helpful [3]   5/21 7/6 7/9 | Ms. [6]   2/7 3/22 5/20 5/23 6/11 7/5 |
| action [2]   1/3 2/2 | DC [3]   1/5 1/18 1/25 | helping [1]   2/18 | Ms. Johnson [5]   2/7 3/22 5/20 6/11 7/5 |
| actions [1]   5/7 | deadlines [1]   7/7 | helps [1]   2/12 | Ms. Morrison [1]   5/23 |
| adjourned [1]   7/21 | December [1]   4/19 | Honor [14] | **N** |
| administrative [1]   2/13 | December 20th [1]   4/19 | HONORABLE [1]   1/10 | name [1]   2/8 |
| ahead [1]   4/12 | decide [1]   4/24 | HOOK [3]   1/22 8/3 8/10 | |
| al [1]   1/6 | defendant [1]   2/6 | **I** | |
| along [2]   5/24 6/5 | Defendants [2]   1/7 1/16 | identify [1]   2/4 | |
| always [1]   5/18 | disagree [1]   4/9 | initial [3]   3/8 3/24 4/13 | |
| amend [1]   4/15 | disclosures [6]   3/9 | interrogatories [1]   5/6 | |
| Amending [1]   3/11 | | issues [1]   2/13 | |
| and/or [1]   5/1 | | | |
| anymore [1]   6/15 | | | |
| APPEARANCES [1] | | | |

## N

need [1] 5/11
NIELSEN [2] 1/6 2/3
non [1] 2/10
non-attorney [1] 2/10
November [7] 3/12 3/13 3/25 4/1 4/17 4/18 4/19
November 22nd [4] 3/25 4/17 4/18 4/19
number [1] 5/6
NW [2] 1/18 1/24

## O

objection [4] 3/23 3/24 4/2 4/6
obtain [1] 5/11
occur [1] 5/23
off [1] 3/5
office [2] 1/17 6/22
Official [2] 1/23 8/3
one [6] 4/5 5/4 5/15 6/7 6/9 6/15
only [4] 4/9 5/19 7/9 7/13
opposition [1] 4/21
order [2] 7/16 7/18
organized [1] 2/12

## P

paperwork [2] 2/12 2/19
paralegal [1] 2/17
parties [5] 2/3 4/17 4/20 5/19 5/19
party [1] 5/8
personal [2] 2/10 2/17
plaintiff [2] 1/4 2/9
pleadings [2] 3/11 4/15
please [3] 2/3 3/6 7/14
podium [2] 2/4 3/7
point [1] 5/21
postpone [1] 7/6
practice [1] 2/21
practicing [1] 2/14
prefer [1] 6/4
preference [1] 5/25
pretrial [5] 3/14 4/2 4/10 5/1 5/17
Pro [1] 1/13
Procedure [1] 5/10
proceedings [2] 7/21 8/5
process [2] 2/18 5/23
progress [2] 7/5 7/10
propose [5] 2/24 3/2 3/9 3/10 5/16
propounded [1] 5/5
provide [1] 4/13
provisions [1] 5/11

## R

raise [1] 5/4
RANDOLPH [1] 1/10
read [1] 3/5
reasonable [1] 2/11
recommendation [1] 6/11
record [2] 2/4 8/5
refer [6] 5/18 6/6 6/9 6/12 6/25 7/3
referring [1] 7/18
relief [2] 5/8 5/10
reply [1] 4/22
Reported [1] 1/22
Reporter [2] 1/23 8/3
request [3] 2/11 4/2 7/8
respect [1] 6/12
respectfully [1] 2/11
right [5] 2/24 3/18 3/22 4/8 7/20
Road [1] 1/14
Robinson [1] 6/20
Room [1] 1/24
rules [3] 5/5 5/9 5/9

## S

safer [1] 6/24
same [1] 4/14
schedule [2] 4/13 4/25
scheduling [1] 2/25
Se [1] 1/13
seek [1] 5/10
sense [1] 7/9
set [3] 4/3 4/12 4/25
setting [1] 4/10
shall [3] 4/16 4/17 5/8
someone [1] 6/12
sorry [7] 3/8 3/16 3/19 4/5 5/3 5/15 6/1
start [1] 5/25
STATES [2] 1/1 1/11
status [2] 1/10 4/25
stay [2] 2/12 7/8
Street [1] 1/18
success [1] 6/13
Sure [1] 6/3

## T

terms [1] 5/6
three [1] 6/16
transcript [2] 1/10 8/4
trial [3] 3/17 4/10 5/1
true [1] 8/4

## U

U.S [2] 1/17 1/23
UNITED [2] 1/1 1/11
unlawful [1] 2/22
used [1] 6/14

## V

versus [1] 2/3

## W

wait [1] 5/24
wants [2] 5/10 5/23
Washington [3] 1/5 1/18 1/25
writing [2] 7/14 7/15
written [1] 5/4
WYNEVA [2] 1/16 2/5